**Electronically Filed
Supreme Court
SCWC-12-0000731
13-OCT-2016
07:53 AM**

SCWC-12-0000731

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

TRUST CREATED UNDER THE WILL OF SAMUEL M. DAMON, Deceased

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000731; P. NO. 6664; EQUITY NO. 2816-A)

ORDER ACCEPTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The applications for writ of certiorari, filed on August 30, 2016, by Petitioner/Cross-Appellant Christopher Damon Haig, and on September 6, 2016, by Petitioner/Appellant Myrna B. Murdoch, are hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, October 13, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

